**194**

tion filed pursuant to Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Barnes v. Gilmore,* No. CA–98–703–AM (E.D .Va. filed Oct. 2, 2000; entered Oct. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Oludare OGUNDE, Plaintiff–Appellant,

v.

Kelly HARRISON, Law Library Supervisor; M.A. Shupe, Operations Officer, Brunswick Correctional Center; J. Perutelli, Correctional Officer; Daniel Braxton; S.V. Pruett, Warden; Captain Farmer, Captain at Dillwyn Correctional Center; Sergeant Jackson; Captain Call, Captain at Buckingham Correctional Center; Lee Randolph Harrison; Elizabeth Taylor Carter; D.F. Mosley, Lieutenant, Defendants–Appellees.

No. 00–7521.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Oludare Ogunde, pro se. William W. Muse, Assistant Attorney General, Richmond, VA; Lee Randolph Harrison, Amelia, VA; Carlene Booth Johnson, Perry & Windels, Dillwyn, VA, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Oludare Ogunde appeals the district court's order granting summary judgment in favor of a number of defendants, dismissing most of Ogunde's claims in this civil rights action, but declining to dismiss two of Ogunde's claims. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*